No. 65844.—F. W. Myers & Company, Inc. *v.* United States, protest 271033–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65845.—Castelazo & Associates and Luer Packing Co. *v.* United States, protest 59/21552 (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of 61 barrels (33,106 pounds) of rejected boneless beef, unfit for human consumption as beef or meat, and fit only for processing into animal food, the claim of the plaintiffs was sustained. *United States* v. *Judson-Sheldon Corp.* (37 C.C.P.A. 89, C.A.D. 424) and *Atlas Canning Company, Inc.* v. *United States* (41 Cust. Ct. 242, C.D. 2047), followed.

No. 65846.—Schenley Wine & Spirit Import Corp. et al. *v.* United States, protests 724708–G, etc. (New York).

Opinion by RICHARDSON J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 65847.—Schenley Distilleries, Inc. *v.* United States, protests 220281–K and 223352–K (Indianapolis).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 27, 1961

No. 65848.—Hemisphere International Corp. et al. *v.* United States, protests 191897–K/14138, etc. (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R. R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained.

No. 65849.—United China & Glass Company v. United States, protests 329778–K, etc. (Baltimore).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.

No. 65850.—United China & Glass Co. v. United States, protests 59/23720 and 59/23721 (Baltimore).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.

No. 65851.—L. Bamberger & Co. v. United States, protests 165148–K, 224436–K, and 189782–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material re-